UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORBITAL PUBLISHING GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | 11 Civ. 3065 (PAC) <br><br> **PLAINTIFFS'S STATEMENT PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 7.1** <br><br> ECF CASE |

   Plaintiff, Orbital Publishing Group, Inc., by its attorneys, Lennon & Klein, P.C., hereby certifies that it has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated:  New York, New York
     May 4, 2011

                LENNON & KLEIN, P.C.

                By: _/s/_____
                 David P. Lennon (DL 8232)
               Attorneys for Plaintiff
                ORBITAL PUBLISHING GROUP, INC.
               410 Park Ave., 15th Floor
               New York, NY 10022
               Telephone: 212-465-2020
               Direct Dial: 212-465-0725
               Facsimile: 212-202-5337
               E-mail: david@lennon-klein.com