```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 JUN 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBITAL PUBLISHING GROUP, INC.,

                    Plaintiff,

-against-

BANK OF AMERICA, N.A.,

                    Defendant.

11 Civ. 3065 (PAC)

**STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to serve a response to the Complaint dated May 4, 2011 shall be extended from June 30, 2011 to July 15, 2011.

This is the second request for an extension of this time. The original time to respond to the Complaint was May 27, 2011.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals.

Dated:    New York, New York
            June 22, 2011

LENNON & KLEIN, P.C.

By: _____
David P. Lennon, Esq.
Attorneys for Plaintiff
  Orbital Publishing Group, Inc.,
410 Park Avenue, 15th Floor
New York, New York 10022
(212) 465-2020

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
David B. Chenkin, Esq.
Tracee E. Davis, Esq.
Attorneys for Defendant
  Bank of America, N.A.
575 Lexington Avenue
New York, NY 10022
(212) 223-0400

SO ORDERED:   27 JUN 2011

_____
U.S.D.J.

#622361 v.1