*Crott, J.*

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: 27 JUL 2011         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBITAL PUBLISHING GROUP, INC.,

                              Plaintiff,

        -against-

BANK OF AMERICA, N.A.,

                              Defendant.

11 Civ. 3065 (PAC)

**STIPULATION AND ORDER
EXTENDING DEFENDANT'S
TIME TO FILE A THIRD-
PARTY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to

file a third-party complaint shall be extended from July 29, 2011 to December 26, 2011.

This is the first request for an extension of this time.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation

may be signed in counterparts and that facsimile copies shall be deemed originals.

Dated:    New York, New York
          July 26, 2011

LENNON & KLEIN, P.C.

By: _____
    David P. Lennon, Esq.
    Attorneys for Plaintiff
     Orbital Publishing Group, Inc.,
    410 Park Avenue, 15th Floor
    New York, New York  10022
    (212) 465-2020

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    David B. Chenkin, Esq.
    Tracee E. Davis, Esq.
    Attorneys for Defendant
     Bank of America, N.A.
    575 Lexington Avenue
    New York, NY  10022
    (212) 223-0400

SO ORDERED:    2 7 JUL 2011

_____
U.S.D.J.

#622361 v.3