David B. Chenkin, Esq.
Tracee E. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Defendant*
 *Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ORBITAL PUBLISHING GROUP, INC., <br><br> Plaintiff, <br><br> - against - <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No.:  11 CV 3065 (PAC) <br><br> **NOTICE OF MOTION** |

TAKE NOTICE, that upon the Declaration of Tracee E. Davis, dated February 2, 2012, and the exhibits thereto, the accompanying Memorandum of Points and Authorities and all pleadings and proceedings heretofore had herein, defendant Bank of America, N.A. shall make a motion before the Honorable Paul A. Crotty, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order:

(a) dismissing plaintiff's action with prejudice for plaintiff's lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and

(b) awarding defendant a default judgment on its counterclaims pursuant to Rule 55 of the Federal Rules of Civil Procedure; and

(c) for such other and further relief as is just and proper.

TAKE FURTHER NOTICE, that opposing papers, if any, shall be served within 14 days of service.

Dated:   New York, New York
         February 3, 2012

Respectfully submitted,

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
     David B. Chenkin
     Tracee E. Davis
     Attorneys for Defendant
     Bank of America, N.A.
     575 Lexington Avenue
     New York, New York 10022
     (212) 223-0400

To:   LENNON & KLEIN, P.C.
      David P. Lennon, Esq.
      Attorneys for Plaintiff
        Orbital Publishing Group, Inc.
      410 Park Avenue, 15th Floor
      New York, New York  10022