STATE OF NEW YORK,  
COUNTY OF NEW YORK.                      CERTIFICATE OF SERVICE

        Michael W. Antonivich, pursuant to 28 U.S.C. 1746 and under the penalty of perjury, says: that I am over the age of eighteen years, and am not a party herein, and reside in Nassau County, New York and that on the 3rd day of February, 2012, I served a true copy of the within **DEFENDANT'S NOTICE OF MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND FOR DEFAULT JUDGMENT ON COUNTERCLAIMS AND DECLARATION, EXHIBITS AND MEMORANDUM OF LAW** upon the attorneys hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a depositary maintained and controlled by the United States Post Office for delivery by first class mail to said attorneys at their last known address given below:

>LENNON & KLEIN, P.C.  
>David P. Lennon, Esq.  
>Attorneys for Plaintiff  
>Orbital Publishing Group, Inc.  
>410 Park Avenue, 15th Floor  
>New York, New York 10022

Dated: February 3, 2012

                                                          Michael W. Antonivich