```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBITAL PUBLISHING GROUP, INC.,

       Plaintiff,

-against-

BANK OF AMERICA, N.A.,

       Defendant.

11 Civ. 3065 (PAC)

**STIPULATION AND ORDER ADJOURNING MOTION AND SETTING BRIEFING SCHEDULE**

  IT IS HEREBY STIPULATED AND AGREED that Plaintiff's time to serve and file opposition to Defendant's motions to dismiss for a lack of prosecution and for a default judgment shall be extended from March 6, 2012 to March 21, 2012.

  This is the second request for an extension of this time.

  IT IS FURTHER STIPULATED AND AGREED, that Defendant's reply papers on the motions, if any, shall be served and filed on or before April 4, 2012.

  IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals.

Dated: New York, New York
    March 9, 2012

LENNON & KLEIN, P.C.

By: _____
David P. Lennon, Esq.
Attorneys for Plaintiff
 Orbital Publishing Group, Inc.,
410 Park Avenue, 15th Floor
New York, New York 10022
(212) 465-2020

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
David B. Chenkin, Esq.
Tracee E. Davis, Esq.
Attorneys for Defendant
 Bank of America, N.A.
575 Lexington Avenue
New York, NY 10022
(212) 223-0400

3-19-12

SO ORDERED:

_____
U.S.D.J.