Crotty, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBITAL PUBLISHING GROUP, INC.,

                         Plaintiff,

-against-

BANK OF AMERICA, N.A.,

                         Defendant.

11 Civ. 3065 (PAC)

**STIPULATION AND ORDER
ADJOURNING THE INQUEST**

WHEREAS, the court issued an order on April 16, 2012 granting Defendant's motion to dismiss for lack of prosecution and scheduling a hearing to determine damages on the counterclaim, and

WHEREAS, the parties have resolved the action and due to scheduling conflicts are still finalizing a written settlement agreement, and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the inquest scheduled for July 19, 2012 is hereby adjourned to September 14, 2012; –10 AM - Courtroom 20-C Defendant's time to file a pre-hearing brief is adjourned from June 27, 2012 to August 24, 2012; Plaintiff's opposition, if any, is adjourned from July 6, 2012 to August 31, 2012; and Defendant's reply is adjourned from July 13, 2012 to September 7, 2012.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be

signed in counterparts and that facsimile copies shall be deemed originals.

Dated:   New York, New York
         July 17, 2012

LENNON & KLEIN, P.C.                          ZEICHNER ELLMAN & KRAUSE LLP

By: _____            By: _____
    David P. Lennon, Esq.                      David B. Chenkin, Esq.
    Attorneys for Plaintiff                    Tracee E. Davis, Esq.
      Orbital Publishing Group, Inc.,          Attorneys for Defendant
    410 Park Avenue, 15th Floor                  Bank of America, N.A.
    New York, New York 10022                   575 Lexington Avenue
    (212) 465-2020                             New York, NY 10022
                                               (212) 223-0400

7/18/2012

SO ORDERED:

_____
U.S.D.J.

# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND NJ 07068
(973) 618-9100
FAX (973) 364-9960

DIRECT DIAL
(212) 826-5358
tdavis@zeklaw.com

July 18, 2012

**BY FACSIMILE**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735, Courtroom 20-C
New York, New York 10007

**Facsimile No.: (212) 805-6304**

### Orbital Publishing Group, Inc. v. Bank of America, N.A.
### Case No.: 11 Civ. 3065 (PAC)
### (Request for Adjournment of Inquest)

Dear Judge Crotty:

We represent Bank of America, N.A. in the above referenced matter. We write with the consent of plaintiff's, Orbital Publishing Group, Inc.'s, counsel

Kindly find enclosed a copy of a proposed Stipulation and Order, which has been submitted to the Clerk of the Court, requesting, inter alia, an adjournment of an inquest scheduled for July 19, 2012.

The parties have reached a settlement agreement on all terms. However, because of scheduling conflicts we are still working on reducing our agreement to writing. Accordingly, we respectfully request an adjournment of the inquest and related dates so as to give the parties sufficient time to finalize their agreement.

ZEICHNER ELLMAN & KRAUSE LLP

Hon. Paul A. Crotty, U.S.D.J.
July 18, 2012
Page 2


   This is the third request for adjournment of these dates. The original date for the inquest was May 24, 2012.

            Respectfully yours,

            Tracee E. Davis

TED:bs
Enclosure

cc: David P. Lennon, Esq. (by email w/attachment)
   David B. Chenkin, Esq. (by email w/attachment)