*CROTTY, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-15-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBITAL PUBLISHING GROUP, INC.,

                              Plaintiff,

        -against-

BANK OF AMERICA, N.A.,

                              Defendant.

11 Civ. 3065 (PAC)

**STIPULATION AND ORDER
ADJOURNING THE INQUEST**

        WHEREAS, the court issued an order on April 16, 2012 granting Defendant's
motion to dismiss for lack of prosecution and scheduling a hearing to determine
damages on the counterclaim, and

        WHEREAS, the parties have resolved the action and due to scheduling conflicts
are still finalizing a written settlement agreement, and

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the
inquest scheduled for September 14, 2012 is hereby adjourned to October 22, 2012; — 4:15pm
Defendant's time to file a pre-hearing brief is adjourned from August 24, 2012 to
September 24, 2012; Plaintiff's opposition, if any, is adjourned from August 31, 2012 to
October 1, 2012; and Defendant's reply is adjourned from September 7, 2012 to
October 8, 2012.

        IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be

signed in counterparts and that facsimile copies shall be deemed originals.

Dated:     New York, New York
           September 13, 2012

LENNON & KLEIN, P.C.                          ZEICHNER ELLMAN & KRAUSE LLP

By: _____                By: _____
David P. Lennon, Esq.                             David B. Chenkin, Esq.
Attorneys for Plaintiff                           Tracee E. Davis, Esq.
  Orbital Publishing Group, Inc.,                 Attorneys for Defendant
410 Park Avenue, 15th Floor                         Bank of America, N.A.
New York, New York 10022                          575 Lexington Avenue
(212) 465-2020                                    New York, NY 10022
                                                  (212) 223-0400

9-13-12
SO ORDERED: _____

_____
U.S.D.J.

ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK  10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT  06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ  07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5358
ldavis@zeklaw.com

September 13, 2012

**BY FACSIMILE**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735, Courtroom 20-C
New York, New York 10007

**Facsimile No.:  (212) 805-6304**

**Orbital Publishing Group, Inc. v. Bank of America, N.A.**
**Case No.: 11 Civ. 3065 (PAC)**
**(Request for Adjournment of Inquest)**

Dear Judge Crotty:

We represent Bank of America, N.A. in the above referenced matter.
We write with the consent of plaintiff's, Orbital Publishing Group, Inc.'s, counsel.

Kindly find enclosed a copy of a proposed Stipulation and Order, which
has been submitted to the Clerk of the Court, requesting, inter alia, an adjournment of
an inquest scheduled for September 14, 2012.

Although this is the parties' third request for an adjournment, we are
respectfully requesting the time so that the parties may finalize a written settlement
agreement. Once that agreement is completed, we expect that all outstanding issues,
including the disbursement of funds on deposit with the Clerk of the Court, will be
resolved and the case closed.

Accordingly, we respectfully request a 30-day adjournment of the
inquest and related dates so as to give the parties sufficient time to finalize their written
agreement.

ZEICHNER ELLMAN & KRAUSE LLP

Hon. Paul A. Crotty, U.S.D.J.
September 13, 2012
Page 2

This is the third request for adjournment of these dates. The original
date for the inquest was May 24, 2012.

Respectfully yours,

Tracee E. Davis

Enclosure

cc:     David P. Lennon, Esq. (by email w/attachment)
        David B. Chenkin, Esq. (by email w/attachment)

#680615 v1/TD/1593.478