*Please Return Copy [illegible]*
*Note: Int Blazing Fund*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBITAL PUBLISHING GROUP, INC.,

                Plaintiff,

- against -

BANK OF AMERICA, N.A.,

                Defendant.

11 Civ. 3065 (PAC)

**STIPULATION AND ORDER DIRECTING DISBURSEMENT OF FUNDS AND DISMISSAL OF ACTION**

      WHEREAS, the Court entered an Order dated May 13, 2011 (the "Order"), directing defendant Bank of America, N.A. ("BANA") to pay to the Clerk of the Court ten percent (10%) of the balance of the funds from Plaintiff Orbital Publishing Group, Inc.'s ("Orbital") demand deposit accounts at BANA, and

      WHEREAS, BANA complied with the Order by depositing the sum of $47,397.84 with the Clerk of the Court, and

      WHEREAS, the parties having notified the Court that they have reached a resolution of this action.

      IT IS HEREBY STIPULATED AND AGREED, that

      1.    The Clerk of the Court is directed to: (a) disburse the sum of ELEVEN THOUSAND TWO HUNDRED AND FORTY NINE DOLLARS ($11,249.) to BANA's counsel, Zeichner Ellman & Krause LLP ("ZEK"), by check payable to "Zeichner Ellman & Krause LLP, as attorneys for Bank of America," and (b) disburse the remaining sum of THIRTY SIX THOUSAND ONE HUNDRED FORTY EIGHT

DOLLARS AND EIGHTY FOUR CENTS ($36,148.84), plus any accrued interest, to Orbital's counsel, Lennon & Klein, P.C. ("Lennon & Klein") by check payable to "David Lennon, Esq. of Lennon & Klein, P.C. as attorneys for Orbital Publishing Group, Inc.," and

    2. This Action is dismissed with prejudice as to the Complaint and without prejudice as to the counterclaims and defenses alleged in the Answer, with each party to bear its own costs.

Dated:  New York, New York
        November 5, 2012

LENNON & KLEIN, P.C.

By: _____
David P. Lennon, Esq.
Attorneys for Plaintiff
  Orbital Publishing Group, Inc.,
410 Park Avenue, 15th Floor
New York, New York 10022
(212) 465-2020

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
David B. Chenkin, Esq.
Tracee E. Davis, Esq.
Attorneys for Defendant
  Bank of America, N.A.
575 Lexington Avenue
New York, NY 10022
(212) 223-0400

January 19 2012

SO ORDERED:

_____
U.S.D.J.

#679817v1/TD/1593.478